**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1040**

_____

In re: VICTOR B. PERKINS,

                Petitioner.

_____

On Petition for Writ of Mandamus.
(5:15-ct-03189-D)

_____

Submitted: May 18, 2016              Decided: May 20, 2016

_____

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Victor Bernard Perkins, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. Perkins petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on March 2, 2016, the district court accepted the magistrate judge's recommendation and dismissed Perkins' complaint. Accordingly, because the district court has recently decided Perkins' case, we deny the mandamus petition and amended petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2